UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-21964-CMA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : |
| TCA FUND MANAGEMENT GROUP CORP., and TCA GLOBAL CREDIT FUND GP, LTD., | : |
| Defendants, and | : |
| TCA GLOBAL CREDIT FUND, LP, TCA GLOBAL CREDIT FUND, LTD., and TCA GLOBAL CREDIT MASTER FUND, LP, | : |
| Relief Defendants. | : |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
NOTICE OF RELATED CASE**

Plaintiff Securities and Exchange Commission pursuant to its obligation under S.D. Fla. Local Rule 3.8, files this Notice of Related Case to *Todd Benjamin Int'l, Ltd. v. TCA Fund Mngt. Group., Corp. et al.*, No. 1:20-cv-21818-SCOLA ("TCA Class Action").[1] In sum, the charges in the instant matter and the claims in the TCA Class Action are based on the fraudulent revenue recognition practices that inflated the revenue of the master fund, TCA Global Credit Master Fund, LP, and the net asset value of its feeder funds, TCA Global Credit Fund, LP and TCA Global Credit Fund, Ltd., which have approximately 470 investors.

---

[1] On the civil cover sheet for the instant filing, under Section VI, Related/Re-Filed Cases, the relation to the TCA Class Action was noted.

The TCA Class Action was filed on April 30, 2020, and alleges against the defendants TCA Fund Management Group Corp. ("TCA"), Robert Press, Alyce Schreiber, William Fickling, Thomas Day, Patrick Primavera, Donna Silverman, and Tara Antal derivative claims for rescission under the Investment Advisers Act of 1940 and breach of fiduciary duty, as well as direct claims for negligent misrepresentation, breach of fiduciary duty, and unjust enrichment.  This action is pending.

The instant matter is based on the same set of underlying facts as in the TCA Class Action, and charges TCA and TCA Global Credit Fund GP, Ltd. with violating the anti-fraud provisions of the federal securities laws.

May 11, 2020				Respectfully submitted,

				By:	/s/ Stephanie N. Moot

					Andrew O. Schiff
					Regional Trial Counsel
					S.D. Fla. No. A5501900
					Direct Dial:  (305) 982-6390
					Email:  schiffa@sec.gov

					Stephanie N. Moot
					Trial Counsel
					Fla. Bar No. 30377
					Direct Dial:  (305) 982-6313
					Email:  moots@sec.gov

					Attorneys for Plaintiff
					**SECURITIES AND EXCHANGE COMMISSION**
					801 Brickell Avenue, Suite 1950
					Miami, Florida 33131
					Telephone:  (305) 982-6300
					Facsimile:  (305) 536-4146

Of counsel:

Shan Chang, Senior Counsel
Raynette R. Nicoleau, Senior Counsel
Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing..

> */s/ Stephanie N. Moot*
> Stephanie N. Moot

## SERVICE LIST

| | |
|---|---|
| Carl F. Schoeppl, Esq.<br>Schoeppl Law, P.A.<br>Attorneys at Law<br>4651 North Federal Highway<br>Boca Raton, Florida 33431-5133<br>Telephone: (561) 394-8301<br>Facsimile: (561) 394-3121<br>E-mail: carl@schoeppllaw.com<br>*Attorneys for Defendants and Relief Defendants* | Allan M. Lerner, Esq.<br>Allan M. Lerner, P.A.<br>2888 East Oakland Park Boulevard<br>Fort Lauderdale, FL 33306-1814<br>Telephone: (954) 563-8111<br>Facsimile: (954) 563-8522<br>Email: allan@lernerpa.com<br>*Attorneys for Defendants and Relief Defendants* |