UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-21964-CMA

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

TCA FUND MANAGEMENT GROUP CORP.,
*et al.*,

    Defendants.
_____/

## ORDER GRANTING RECEIVER'S FIRST INTERIM OMNIBUS APPLICATION FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES FOR MAY 11, 2020 THROUGH JUNE 30, 2020

**THIS CAUSE** having come before the Court upon Jonathan E. Perlman, Esq.'s, as court-appointed Receiver (the "Receiver") over the Receivership Defendants TCA Fund Management Group Corp. ("TCA") and TCA Global Credit Fund GP, Ltd. ("GP"), and Relief Defendants TCA Global Credit Fund, LP ("Feeder Fund LP"), TCA Global Credit Fund, Ltd., TCA Global Lending Corp. ("Global Lending"), and TCA Global Credit Master Fund, LP ("Master Fund") First Interim Omnibus Application for Allowance and Payment of Professional Fees and Reimbursement of Expenses For May 11, 2020 Through June 30, 2020 (the "First Application"), filed on August 28, 2020.

The Court has considered the First Application and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion **is GRANTED**. The First Application is **APPROVED**.

**ADJUDGED** that the Receiver and Genovese Joblove & Battista, P.A.'s fees of $526,362.30 and expenses of $4,974.34 are **APPROVED**. The Receiver is authorized to pay

Genovese Joblove & Battista, P.A. the sum of $426,064.18, representing 80% of the approved fees ($526,362.30) and 100% of expenses ($4,974.34) earned during the First Application period of May 11, 2020 through June 30, 2020, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**ADJUDGED** that Collas Crill's fees of $242,384.62 are **APPROVED**. The Receiver is authorized to pay Collas Crill $193,907.70, representing 80% of the approved fees ($242,384.62) earned during the First Application period of May 11, 2020 through June 30, 2020, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**ADJUDGED** that Yip Associates' fees of $22,433.00 are **APPROVED**. The Receiver is authorized to pay Yip Associates $17,946.40, representing 80% of the approved fees ($22,433.00) earned during the First Application period of May 11, 2020 through June 30, 2020, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**ADJUDGED** that the Development Specialist Inc.'s fees of $147,488.20 and expenses of $73.95 are **APPROVED**. The Receiver is authorized to pay Development Specialists, Inc. the sum of $118,064.51, representing 80% of the approved fees ($147,488.20) and 100% of expenses ($73.95) earned during the First Application period of May 11, 2020 through June 30, 2020, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**ADJUDGED** that Rehmann's fees of $35,819.00 are **APPROVED**. The Receiver is authorized to pay Rehmann $28,655.20, representing 80% of the approved fees ($35,819.00) earned

during the First Application period of May 11, 2020 through June 30, 2020, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**ADJUDGED** that E-Hounds, Inc.'s fees of $25,428.00 are **APPROVED**. The Receiver is authorized to pay E-Hounds, Inc. $20,342.40, representing 80% of the approved fees ($25,428.00) earned during the First Application period of May 11, 2020 through June 30, 2020, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

DONE and ORDERED in _____ at Miami, Florida this ___ day _____, 2020.

**CECILIA M. ALTONAGA**
UNITED STATES DISTRICT JUDGE

*Copies furnished to all counsel of record*