# Exhibit "3"

**Total Compensation And Expenses Requested;**
**Any Amounts Previously Requested;**
**And Total Compensation And Expenses Previously Awarded**

| Name | Specialty | Amount Previously Awarded | Hold Back Amount[1] | Hours Billed (2nd App.) | Fees (2nd App.) | Hold Back Amount (2nd App.) | Expenses (2nd App.)[2] |
|---|---|---|---|---|---|---|---|
| Receiver and Genovese Joblove & Battista | General Counsel | $426,064.18 | $105,272.46 | 1,814.80 | $412,985.88 | $103,246.47 | $6,712.51 |
| Collas Crill | Special Counsel to Receiver in Cayman Islands | $193,907.70 | $48,476.92 | 223.11 | $94,713.76 | $23,678.44 | -- |
| Yip Associates | Forensic Accountants | $17,946.40 | $4,486.60 | 344.30 | $62,128.80 | $15,532.20 | $5.80 |
| Development Specialists, Inc. | Financial Adviser and Restructuring Consultants | $118,064.51 | $29,497.64 | 586.40 | $189,086.88 | $47,271.72 | $2,457.02 |
| Rehmann | Tax and Consulting | $28,655.20 | $7,163.80 | 238.9 | $46,120.32 | $11,530.08 | -- |
| Ehounds, Inc. | Electronic Data Management | $20,342.40 | $5,085.60 | -- | $7,794.36 | $1,948.56 | -- |

---

[1] The total amount of fees and expenses approved by the Court is the sum of the Amount Previously Awarded and the Hold Back Amount.

[2] The total amount of fees and expenses sought to be approved by the Court in this Application Period is the sum of the Fees (2nd App.), Hold Back Amount (2nd App.), and Expenses (2nd App.) columns.