# Exhibit "4"

# Exhibit 4(a)

**The Receiver and Genovese, Joblove & Battista, P.A.**

| Name | Title | Year Licensed | Total Hours | Discounted Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Jonathan E. Perlman | Partner | 1988 | 450.5 | 340.00 | $153,170.00 |
| John H. Genovese | Partner | 1979 | 131.00 | 340.00 | $44,540.00 |
| Paul J. Battista | Partner | 1991 | 37.20 | 340.00 | $12,648.00 |
| Gregory M. Garno | Partner | 1996 | 161.40 | 340.00 | $54,876.00 |
| Heather L. Harmon | Partner | 2003 | 130.90 | 340.00 | $44,506.00 |
| Theresa Van Vliet | Partner | 1983 | 0.50 | 340.00 | $170.00 |
| Jesus M. Suarez | Partner | 2008 | 9.20 | 340.00 | $3,128.00 |
| Brett Halsey | Associate | 2005 | 213.50 | 265.00 | $56,577.50 |
| Jean-Pierre Bado | Associate | 2016 | 174.90 | 265.00 | $46,348.50 |
| Elizabeth G. McIntosh | Associate | 2018 | 84.40 | 265.00 | $22,366.00 |
| Angelo M. Castaldi | Associate | 2015 | 37.80 | 265.00 | $10,017.00 |
| Irina R. Sadovnic | Associate | 2016 | 460.20 | 265.00 | $122,271.00 |
| Joyce A. Delgado | Associate | 2017 | 0.60 | 265.00 | $159.00 |
| Jessey Sardina | Paralegal | n/a | 9.80 | 100.00 | $980.00 |
| Colleen Hopkins | Paralegal | n/a | 24.60 | 100.00 | $2,460.00 |
| Catherine Monzon | Paralegal | n/a | 59.40 | 100.00 | $5,940.00 |
| Steve Siff | Paralegal | n/a | 0.40 | 100.00 | $40.00 |
| Carolyn Esser | Paralegal | n/a | 1.00 | 100.00 | $100.00 |
| Jay Bushman | IT Specialist | n/a | 45.50 | 100.00 | $4,550.00 |
| | | **Report Totals:** | **2032.80** | | **$584,847.00** |

# Exhibit 4(b)

## Collas Crill

### Period A

| Name | Title | Experience | Hours | Discounted Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Stephen Leontsinis | Partner | 17 Years | 34.71 | $725.00 | $23,852.50 |
| Rocco Cecere | Partner | 17 Years | 29.70 | $725.00 | $18,560.00 |
| Jennifer Colegate | Counsel | 14 Years | 62.10 | $675.00 | $30,037.50 |
| Natalie Bell | Senior Associate | 12 Years | 3.20 | $650.00 | $0.00 |
| Genevieve White | Associate | 3 Years | 35.20 | $600.00 | $16,920.00 |
| | | **TOTAL:** | **164.91** | | **$89,370.00** |

### Period B

| Name | Title | Experience | Hours | Discounted Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Stephen Leontsinis | Partner | 17 Years | 11.80 | $725.00 | $8,555.00 |
| Rocco Cecere | Partner | 17 Years | 8.10 | $725.00 | $5,872.50 |
| Jennifer Colegate | Counsel | 14 Years | 13.80 | $675.00 | $9,315.00 |
| Natalie Bell | Senior Associate | 12 Years | 0.20 | $650.00 | $130.00 |
| Farrah Sbaiti | Senior Associate | 11 Years | 6.40 | $650.00 | $4,160.00 |
| Genevieve White | Associate | 3 Years | 8.50 | $600.00 | $5,100.00 |
| | | **Credit Note:** | | | **$1,015.00** |
| | | **TOTAL:** | **48.80** | | **$32,117.50** |

### Period C

| Name | Title | Experience | Hours | Discounted Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Stephen Leontsinis | Partner | 17 Years | 2.90 | $725.00 | $2,102.50 |
| Rocco Cecere | Partner | 17 Years | 4.50 | $725.00 | 3,262.50 |
| Jennifer Colegate | Counsel | 14 Years | 2.00 | $675.00 | $1,350.00 |
| | | **TOTAL:** | **9.40** | | **$6,715.00** |

# Exhibit 4(c)

## Yip Associates

| Name | Title | Experience | Hours | Discounted Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Maria M. Yip, CPA, CFE, CFF, CIRA | Partner | 27 Years | 4.5 | $340.00 | $1,530.00 |
| Hal A. Levenberg, CIRA, CFE | Director | 12 Years | 55.4 | $295.00 | $16,343.00 |
| Shawna B. Amarnani, CPA, CFE, CIRA | Director | 10 Years | 105.4 | $295.00 | $31,093.00 |
| Nicole Esudero Dueñas, CPA, CFE, CIRA | Senior Associate | 7 Years | 63.2 | $245.00 | $15,484.00 |
| Santiago I. Carpio | Associate | 4 Years | 83.0 | $195.00 | $16,185.00 |
| William P. Martin | Associate | 2 Years | 25.0 | $195.00 | $4,875.00 |
| Christian Varela | Paraprofessional | 1 Year | 7.8 | $100.00 | $780.00 |
| | | **TOTAL:** | **344.3** | | **$86,290.00** |

# Exhibit 4(d)

**Development Specialists, Inc.**

| Name | Title | Experience | Hours | Discounted Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Joseph J. Luzinski | Senior Managing Director | 33 Years | 198.70 | $520.00 | $103,376.00 |
| Mark T. Iammartino | Senior Managing Director | 23 Years | 164.10<br>5.50 | $436.00<br>$218.00 | $71,547.60<br>$1,199.00 |
| Yale S. Bogen | Managing Director | 19 Years | 2.00 | $428.00 | $856.00 |
| Daniel J. Stermer | Managing Director | 20 Years | 16.20 | $280.00 | $4,536.00 |
| Thomas P. Jeremiassen | Senior Managing Director | 24 Years | 32.80 | $476.00 | $15,612.80 |
| Nicholas R. Troszak | Managing Director | 16 Years | 15.00 | $408.00 | $6,120.00 |
| Thomas J. Frey | Senior Associate | 10 Years | 61.10 | $280.00 | $17,108.00 |
| Richard B. Twaits | Associate | 2 Years | 85.30 | $184.00 | $15,695.20 |
| Lauren E. Lakeberg | Communications Coordinator | 17 Years | 5.60 | $55.00 | $308.00 |
| **TOTAL** | | | **586.40** | | **$236,358.60** |

# Exhibit 4(e)

**Rehmann**

| Name | Title | Experience | Hours | Discounted Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Mitch Hall | Executive | 33 Years | 148.3 | $300.00 | $44,490.00 |
| Charles Hoebeke II | Executive | 22 Years | 3.5 | $300.00 | $1,050.00 |
| Michael Patterson | Executive | 37 Years | 0.2 | $300.00 | $60.00 |
| Haley Arndt | Senior | 5 Years | 69.15 | $215.00 | $14,867.25 |
| Suzanna Herrera | Senior | 12 years | 0.5 | $215.00 | $107.50 |
| Lee Ann Pollard | Senior | 14 Years | 0.25 | $215.00 | $53.75 |
| Gina Joyce | Senior | 9 Years | 13.35 | $215.00 | $2,870.25 |
| Sejla Kulaglic | Senior | 7 years | 0.15 | $215.00 | $32.25 |
| Tammy Archey | Staff | 5 Years | 2.00 | $150.00 | $300.00 |
| Lina Breland | Staff | 1 year | 1.5 | $150.00 | $225.00 |
| | | Total: | 238.90 | | $64,056.00 |

# Exhibit 4(f)



**E-Hounds, Inc.**
32815 US Highway 19 North
Suite 100
Palm Harbor, Florida 34684

Local / International (727) 726-8985
support@ehounds.com

**Staff Assignment and Fees used for Case E9618 TCA Fund Management Group**

| Staff Member | Position | Init | Rate |
|---|---|---|---|
| Adam D Sharp | President-CEO | ADS | $300 per hour |
| David A Bukas | VP Operations | DAB | $195 per hour |
| Robert T Rohr | Lead Analyst | RTR | $195 / 300 per hour |
| Ernesto Rojas Castro | Forensics Lead | ERC | $195 per hour |
| Sean P Organ | Technical Services | SPO | $195 per hour |
| James C Schooler | Technical Services/LE Liason | JCS | $195 per hour |

*Flat Rate Fees*

*E-Hounds utilizes flat rate fees for certain services, to help minimize cost overruns and provide stable estimates for fees.  Often, these services would vastly exceed the flat rate charged if they were billed hourly.*

**Intake, Handling, Storage and Secure Preservation          $225  per medium**
Intake services include photographing and documenting the particular item, disassembly of devices (computers, phones, etc)  to document and access key components, forensic imaging digital media, ongoing storage and maintenance of the device and associated forensic images, and secure destruction of both data and devices if and when requested (usually at case closure).

**E-Hounds Review Platform                                          $995 per month / $95 per user per month**
E-Hounds provides an "in-house" review system which allows specific clients to access and review specific data sets, regardless of size, through an encrypted website interface.  All data is hosted in E-Hounds controlled servers with zero third party intervention.

**Forensic Triage & Recovery                                          $1000 per computer**
 E-Hounds provides a singular service, per computer, which goes beyond normal "search and produce".  "Triage" recovers data, metadata and artifacts which may not be normally available during a standard search or "E-Discovery" role.  This includes generating reports related to internet history, search terms entered by the user, WiFi and network drive connections, USB devices, Passwords and Cloud services utilized, identifying and recovering deleted data, dates of use, and a general picture of how a computer was used (or misused).