UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-21964-CMA

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

TCA FUND MANAGEMENT GROUP CORP.,
*et al.*,

    Defendants.

_____/

ORDER GRANTING RECEIVER'S SECOND INTERIM OMNIBUS APPLICATION
FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL FEES AND
REIMBURSEMENT OF EXPENSES
FOR JULY 1, 2020 THROUGH SEPTEMBER 30, 2020

**THIS CAUSE** having come before the Court upon Jonathan E. Perlman, Esq.'s, as court-appointed Receiver (the "Receiver") over the Receivership Defendants TCA Fund Management Group Corp. ("TCA") and TCA Global Credit Fund GP, Ltd. ("GP"), and Relief Defendants TCA Global Credit Fund, LP ("Feeder Fund LP"), TCA Global Credit Fund, Ltd., TCA Global Lending Corp. ("Global Lending"), and TCA Global Credit Master Fund, LP ("Master Fund") Second Interim Omnibus Application for Allowance and Payment of Professional Fees and Reimbursement of Expenses For July 1, 2020 Through September 30, 2020 (the "Second Application"), filed on November 13, 2020.

The Court has considered the Second Application and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion **is GRANTED**. The Second Application is **APPROVED**.

CASE NO. 20-CIV-21964-CMA

**ADJUDGED** that the Receiver and Genovese Joblove & Battista, P.A.'s fees of $516,232.35 and expenses of $6,712.51 are **APPROVED**. The Receiver is authorized to pay Genovese Joblove & Battista, P.A. the sum of $419,698.39, representing 80% of the approved fees ($516,232.35) and 100% of expenses ($6,712.51) earned during the Second Application period of July 1, 2020 through September 30, 2020, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**ADJUDGED** that Collas Crill's fees of $118,392.20 are **APPROVED**. The Receiver is authorized to pay Collas Crill $94,713.76, representing 80% of the approved fees ($118,392.20) earned during the Second Application period of July 1, 2020 through September 30, 2020, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**ADJUDGED** that Yip Associates' fees of $77,661.00 and expenses of $5.80 are **APPROVED**. The Receiver is authorized to pay Yip Associates the sum of $62,134.60, representing 80% of the approved fees ($77,661.00) and 100% of expenses ($5.80) earned during the Second Application period of July 1, 2020 through September 30, 2020, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**ADJUDGED** that the Development Specialist Inc.'s fees of $236,358.60 and expenses of $2,457.02 are **APPROVED**. The Receiver is authorized to pay Development Specialists, Inc. the sum of $191,543.90, representing 80% of the approved fees ($236,358.60) and 100% of expenses ($2,457.02) earned during the Second Application period of July 1, 2020 through September 30,

CASE NO. 20-CIV-21964-CMA

2020, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**ADJUDGED** that Rehmann's fees of $57,650.40 are **APPROVED**. The Receiver is authorized to pay Rehmann $46,120.32, representing 80% of the approved fees ($57,650.40) earned during the Second Application period of July 1, 2020 through September 30, 2020, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**ADJUDGED** that E-Hounds, Inc.'s fees of $9,742.95 are **APPROVED**. The Receiver is authorized to pay E-Hounds, Inc. $7,794.36, representing 80% of the approved fees ($9,742.95) earned during the Second Application period of July 1, 2020 through September 30, 2020, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

DONE and ORDERED in _____ at Miami, Florida this ___ day _____, 2020.

**CECILIA M. ALTONAGA**
UNITED STATES DISTRICT JUDGE

*Copies furnished to all counsel of record*