UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-21964-CMA

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

TCA FUND MANAGEMENT GROUP CORP.,
*et al.*,

      Defendants.

_____/

### ORDER GRANTING RECEIVER'S FOURTH INTERIM OMNIBUS APPLICATION FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES <u>FOR JANUARY 1, 2021 THROUGH MARCH 31, 2021</u>

**THIS CAUSE** having come before the Court upon Jonathan E. Perlman, Esq.'s, as court-appointed Receiver (the "Receiver") over the Receivership Defendants TCA Fund Management Group Corp. ("TCA") and TCA Global Credit Fund GP, Ltd. ("GP"), and Relief Defendants TCA Global Credit Fund, LP ("Feeder Fund LP"), TCA Global Credit Fund, Ltd., TCA Global Lending Corp. ("Global Lending"), and TCA Global Credit Master Fund, LP ("Master Fund") Second Interim Omnibus Application for Allowance and Payment of Professional Fees and Reimbursement of Expenses For January 1, 2021 Through March 31, 2021 (the "Fourth Application"), filed on May 27, 2021.

The Court has considered the Fourth Application and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Motion **is GRANTED**. The Fourth Application is **APPROVED**.

CASE NO. 20-CIV-21964-CMA

**ADJUDGED** that the Receiver and Genovese Joblove & Battista, P.A.'s fees of $551,500.50 and expenses of $15,810.96 are **APPROVED**. The Receiver is authorized to pay Genovese Joblove & Battista, P.A. the sum of $457,011.36, representing 80% of the approved fees ($551,500.50) and 100% of expenses ($15,810.96) earned during the Fourth Application period of January 1, 2021 through March 31, 2021, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**ADJUDGED** that Collas Crill's fees of $60,919.50 are **APPROVED**. The Receiver is authorized to pay Collas Crill the sum of $48,785.60, representing 80% of the approved fees ($60,919.50) and 100% of expenses ($50.00) earned during the Fourth Application period of January 1, 2021 through March 31, 2021, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**ADJUDGED** that Yip Associates' fees of $190,932.50 are **APPROVED**. The Receiver is authorized to pay Yip Associates $152,746.00, representing 80% of the approved fees ($190,932.50) earned during the Fourth Application period of January 1, 2021 through March 31, 2021, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**ADJUDGED** that the Development Specialist Inc.'s fees of $199,730.00 and expenses of $1,006.48 are **APPROVED**. The Receiver is authorized to pay Development Specialists, Inc. the sum of $160,790.48, representing 80% of the approved fees ($199,730.00) and 100% of expenses ($1,006.48) earned during the Fourth Application period of January 1, 2021 through March 31,

2021, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**ADJUDGED** that Rehmann's fees of $41,177.50 are **APPROVED**. The Receiver is authorized to pay Rehmann $32,942.00, representing 80% of the approved fees ($41,177.50) earned during the Fourth Application period of January 1, 2021 through March 31, 2021, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**ADJUDGED** that E-Hounds, Inc.'s fees of $3,410.00 are **APPROVED**. The Receiver is authorized to pay E-Hounds, Inc. $2,728.00, representing 80% of the approved fees ($3,410.00) earned during the Fourth Application period of January 1, 2021 through March 31, 2021, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**ADJUDGED** that Burnet, Duckworth & Palmer LLP's fees of $54,282.50 and expenses of $858.47 are **APPROVED**. The Receiver is authorized to pay Burnet, Duckworth & Palmer LLP the sum of $44,284.47, representing 80% of the approved fees ($54,282.50) and 100% of expenses ($858.47) earned during the Fourth Application period of January 1, 2021 through March 31, 2021, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**ADJUDGED** that Borden Ladner Gervais LLP's fees of CAD 42,312.28 and expenses of CAD 1,964.08 are **APPROVED**. The Receiver is authorized to pay Borden Ladner Gervais LLP the sum of CAD 35,813.90, representing 80% of the approved fees (CAD 42,312.28) and 100% of expenses (CAD 1,964.08) earned during the Fourth Application period of January 1, 2021 through

CASE NO. 20-CIV-21964-CMA

March 31, 2021, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**ADJUDGED** that Baker Donelson's fees of $2,876.80 and expenses of $342.18 are **APPROVED**. The Receiver is authorized to pay Baker Donelson the sum of $2,643.62, representing 80% of the approved fees ($2,876.80) and 100% of expenses ($342.18) earned during the Fourth Application period of January 1, 2021 through March 31, 2021, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**ADJUDGED** that Bell Gully's fees of $23,795.00 are **APPROVED**. The Receiver is authorized to pay Bell Gully $19,036.00, representing 80% of the approved fees ($23,795.00) earned during the Fourth Application period of January 1, 2021 through March 31, 2021, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

DONE and ORDERED in Chambers at Miami, Florida this ___ day May, 2021.

 

**CECILIA M. ALTONAGA**
UNITED STATES DISTRICT JUDGE

*Copies furnished to all counsel of record*