UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-21964-CMA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

TCA FUND MANAGEMENT GROUP CORP., *et al.*,

    Defendants.

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S ("SEC") OPPOSITION TO THOMAS DAY'S MOTION SEEKING CLARIFICATION ON SCOPE OF BLANKET STAY AND RELIEF FROM THE SAME**

The SEC opposes Thomas Day's request to lift [DE 209] the Court-ordered stay on litigation [DE 5] for the reasons described in the Receiver's Objection thereto [DE 223].

Additionally, Mr. Day's alleged whistleblower activity does not warrant a lifting of the stay. The SEC's Whistleblower Program, which is administered through the SEC's Office of the Whistleblower, provides a specific process through which the SEC may provide a monetary award to eligible individuals who come forward with high quality information that leads to an SEC enforcement action where more than $1,000,000 in sanctions is ordered. Therefore, any potential recovery under the SEC's Whistleblower Program would come from the SEC, not the Receivership estate.

March 24, 2022

Respectfully submitted,

By:     */s/ Stephanie N. Moot*
Stephanie N. Moot
Senior Trial Counsel
Fla. Bar No. 30377
Direct Dial: (305) 982-6313
Email: moots@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4146

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF this 24th day of March, 2022.

/s/ *Stephanie N. Moot*

## SERVICE LIST

| | |
|---|---|
| Gregory M. Garno, Esq. <br> ggarno@gjb-law.com <br> Genovese Joblove & Battista, P.A. <br> Elizabeth G. McIntosh, Esq. <br> emcintosh@gjb-law.com <br> 100 Southeast 2nd Street, Suite 4400 <br> Miami, Florida 33131 <br> Telephone: (305) 349-2300 <br> Facsimile: (305) 349-2310 <br> *Attorneys for Jonathan E. Perlman, Receiver* <br> <br> Edward D. Buckley <br> edbuckley@buckleybeal.com <br> Buckley Beal, LLP <br> 600 Peachtree Street NE, Suite 3900 <br> Atlanta, GA 30308 <br> Telephone: (404) 781-1100 <br> Facsimile: (404) 781-1101 <br> *Attorneys for Thomas Day* <br> <br> Ephraim R. Hess | Andrew Fulton, IV, Esq. <br> andrew@kelleylawoffice.com <br> <br> Brian S. Dervishi, Esq. <br> bdervishi@wdpalaw.com <br> <br> Craig Vincent Rasile <br> crasile@mwe.com <br> <br> Gerald Edward Greenberg, Esq. <br> ggreenberg@gsgpa.com <br> <br> Gregg Alan Steinman <br> gsteinman@sflp.law <br> <br> Mark David Bloom, Esq. <br> mark.bloom@bakermckenzie.com <br> <br> Martha Rosa Mora, Esq. <br> mmora@arhmf.com |

| | |
|---|---|
| erh@thehessfirm.com<br>Hess Law Firm<br>205 Davie Boulevard<br>Fort Lauderdale, FL 33315<br>Telephone: (954) 585-8599<br>*Attorneys for Thomas Day*<br><br>James J. Webb, Esq.<br>jwebb@mitrani.com<br>Mitrani, Rynor, Adamsky & Toland, P.A.<br>1200 Weston Road, PH<br>Weston, FL 33326<br>*Attorneys for Interested Parties Krystal Lazares-Scaretta, Robert A. Scaretta and American Gold Rush, LLC* | Michael David Heidt, Esq.<br>mheidt@aol.com |