UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-21964-CIV-ALTONAGA/Goodman

**SECURITIES AND EXCHANGE COMMISSION**,

    Plaintiff,

v.

**TCA FUND MANAGEMENT GROUP CORP.**, *et al*.,

    Defendants,

**TCA GLOBAL CREDIT FUND, LP**, *et al*.,

    Relief Defendants.
_____/

## WHISTLEBLOWER'S, THOMAS DAY, NOTICE OF WITHDRAWAL OF WHISTLEBLOWER'S MOTION AND INCORPORATED MEMORANDUM OF LAW SEEKING CLARIFICATION ON SCOPE OF BLANKET STAY AND RELIEF FROM THE SAME [ECF No. 209]

Whistleblower, Thomas Day, through undersigned counsel, hereby withdraws his previously filed *Whistleblower's, Thomas Day, Notice of Withdrawal of Whistleblower's Motion and Incorporated Memorandum of Law Seeking Clarification on Scope of Blanket Stay and Relief from the Same* [ECF No. 209]. Day hereby withdraws the aforementioned Motion in its entirety.

Respectfully submitted this 10th day of May, 2022.

                By:      BUCKLEY BEAL, LLP

                      *s/ Edward D. Buckley*
                      Edward D. Buckley
                      *Pro Hac Vice Pending*
                      Georgia Bar No. 092750
                      edbuckley@buckleybeal.com
                      Suite 3900
                      Atlanta, Georgia 30308

**Whistleblower's, Thomas Day, Notice of Withdrawal of Motion [ECF No. 209]**
**CASE NO. 20-21964-CIV-ALTONAGA/Goodman**

                                                         Telephone:  (404) 781-1100
                                                       Facsimile:   (404) 781-1101

                                                       HESS LAW FIRM

                                                       *s/ Ephraim R. Hess*
                                                       Ephraim Roy Hess
                                                       Florida Bar No.
                                                       erh@thehessfirm.com
                                                       205 Davie Boulevard
                                                       Fort Lauderdale, Florida 33315
                                                       Telephone: (954) 585-8599

                                                      *Attorneys for Whistleblower*

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on May __10th__, 2022, a copy of the foregoing was served via CM/ECF Notification and/or U.S. Mail to all parties and notification of such filing to all CM/ECF participants in this case.

                                                       s/ Ephraim R. Hess
                                                       Ephraim Roy Hess, Esquire