# Exhibit "A"

**TCA Activity - Receiver Accounts at Axos Bank**
**Sources and Uses of Funds**

| | Receiver 1st Qtrly Report May 11 - Aug. 4 | Receiver 2nd Qtrly Report Aug. 5 - Nov. 2 | Receiver 3nd Qtrly Report Nov. 3 - Jan. 29 | Receiver 4th Qtrly Report Jan. 30 - May. 25 | Receiver 5th Qtrly Report May 26 - Jul. 29 | Receiver 6th Qtrly Report Jul. 30 - Nov. 18 | Receiver 7th Qtrly Report Nov. 19 - Feb. 8 | Receiver 8th Qtrly Report Feb. 9 - May 20 | Case-to-Date |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **TCA Account Beginning Balance** | $ - | $ 13,390,131 | $ 12,680,225 | $ 12,345,339 | $ 12,147,587 | $ 63,448,914 | $ 66,876,885 | $ 66,945,780 | $ - |
| TCA Fund Management Group Corp - x5045 | $ - | $ 255,272 | $ 371,015 | $ 383,686 | $ 441,560 | $ 458,148 | $ 463,274 | $ 465,484 | $ - |
| TCA Global Credit Fund GP, Ltd. - x5037 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TCA Global Credit Master Fund, LP - x5003 | $ - | $ 8,863,289 | $ 8,031,170 | $ 7,681,150 | $ 7,433,933 | $ 52,713,178 | $ 56,129,616 | $ 56,189,818 | $ - |
| TCA Global Credit Fund, LP - x5011 | $ - | $ 9,015 | $ 9,028 | $ 9,034 | $ 615 | $ 615 | $ 616 | $ 616 | $ - |
| TCA Global Credit Fund, Ltd. - x5029 | $ - | $ 4,262,555 | $ 4,269,012 | $ 4,271,469 | $ 4,271,479 | $ 4,274,424 | $ 4,277,089 | $ 4,279,785 | $ - |
| TCA Global Credit Master Fund, 11 -x5060 | $ - | $ - | $ - | $ - | $ - | $ 6,002,548 | $ 6,006,291 | $ 6,010,077 | $ - |
| **Sources of Funds:** [1] | | | | | | | | | |
| Transfer From Butterfield Bank | 13,209,223 | - | - | - | - | - | - | - | 13,209,223 |
| Transfer from BB&T Bank | 143,992 | - | - | - | - | 9,313 | - | - | 153,306 |
| Transfer from Ocean Bank | 143,690 | - | - | - | - | - | - | - | 143,690 |
| Transfer from Morgan Stanley | - | - | 519,782 | - | - | - | - | - | 519,782 |
| Business Income | 44,092 | 80,958 | 71,513 | 207,643 | 437,190 | 70,242 | 98,031 | 95,047 | 1,104,715 |
| Interest Income | 17,749 | 19,641 | 6,973 | 14,265 | 29,963 | 39,570 | 41,866 | 41,422 | 211,450 |
| Business Asset Liquidation | - | 46,019 | - | 379,592 | 51,879,353 | 2,760,081 | 10,000 | - | 55,075,045 |
| Settlement Proceeds | - | - | - | - | - | 1,580,326 | 843,818 | 1,160,000 | 3,584,144 |
| Miscellaneous - Other | 32,690 | 35,000 | 3,890 | 1,428 | - | - | 4,342 | - | 77,350 |
| **Total Sources** | $ 13,591,437 | $ 181,618 | $ 602,159 | $ 602,928 | $ 52,346,506 | $ 4,459,532 | $ 998,056 | $ 1,296,470 | $ 74,078,705 |
| **Uses of Funds:** [1] | | | | | | | | | |
| Business Asset and Operating Expenses | | | | | | | | | |
| Independent Contractor | 13,771 | 52,807 | 50,058 | 17,505 | 3,266 | 2,651 | 2,648 | - | 142,706 |
| IT Expense | 7,334 | 18,778 | 11,172 | 5,081 | 600 | 7,141 | 1,232 | 4,527 | 55,866 |
| Storage | 50 | 4,258 | 3,219 | 3,469 | 5,348 | 4,258 | 2,229 | 4,308 | 27,140 |
| Other | - | 1,982 | 9,273 | 14,675 | 75,992 | 1,009 | 900 | 3,577 | 107,408 |
| Insurance Premium | 18,620 | 3,217 | - | - | 846 | - | - | - | 22,683 |
| HR Expense | - | - | - | - | - | - | - | - | - |
| Payroll | 124,599 | - | - | - | - | - | - | - | 124,599 |
| Payroll Taxes | 9,021 | - | - | - | - | - | - | - | 9,021 |
| Service Provider | 16,750 | - | 20,000 | - | - | - | - | - | 36,750 |
| Safe Harbor Payment | 9,535 | - | - | - | - | - | - | - | 9,535 |
| Receiver or Other Professional Fees | | | | | | - | - | - | - |
| Professional Fees | 1,625 | 810,480 | 843,324 | 759,951 | 959,126 | 1,016,501 | 922,152 | 446,106 | 5,759,266 |
| **Total Uses** | $ 201,306 | $ 891,524 | $ 937,045 | $ 800,680 | $ 1,045,179 | $ 1,031,561 | $ 929,162 | $ 458,518 | $ 6,294,974 |
| **Cash Balance** | $ 13,390,131 | $ 12,680,225 | $ 12,345,339 | $ 12,147,587 | $ 63,448,914 | $ 66,876,885 | $ 66,945,780 | $ 67,783,732 | $ 67,783,732 |
| **Balance by Account** | | | | | | | | | |
| TCA Fund Management Group Corp - x5045 | $ 255,272 | $ 371,015 | $ 383,686 | $ 441,560 | $ 458,148 | 463,274 | 465,484 | 431,011 | 431,011 |
| TCA Global Credit Fund GP, Ltd. - x5037 | $ - | $ - | $ - | $ - | $ - | - | - | - | - |
| TCA Global Credit Master Fund, LP - x5003 | $ 8,863,289 | $ 8,031,170 | $ 7,681,150 | $ 7,433,933 | $ 52,713,178 | 56,129,616 | 56,189,818 | 57,055,898 | 57,055,898 |
| TCA Global Credit Fund, LP - x5011 | $ 9,015 | $ 9,028 | $ 9,034 | $ 615 | $ 615 | 616 | 616 | 617 | 617 |
| TCA Global Credit Fund, Ltd. - x5029 | $ 4,262,555 | $ 4,269,012 | $ 4,271,469 | $ 4,271,479 | $ 4,274,424 | 4,277,089 | 4,279,785 | 4,282,424 | 4,282,424 |
| TCA Global Credit Master Fund, 11 -x5060 | $ - | $ - | $ - | $ - | $ 6,002,548 | 6,006,291 | 6,010,077 | 6,013,783 | 6,013,783 |
| **Sum of Account Balances** | $ 13,390,131 | $ 12,680,225 | $ 12,345,339 | $ 12,147,587 | $ 63,448,914 | $ 66,876,885 | $ 66,945,780 | $ 67,783,732 | $ 67,783,732 |

**TCA Portfolio Loan Receipts**
**Summary by Period**

| Portfolio Name | Receiver 1st Qtrly Report May 11 - Aug. 4 | Receiver 2nd Qtrly Report Aug. 5 - Nov. 2 | Receiver 3nd Qtrly Report Nov. 3 - Jan. 29 | Receiver 4th Qtrly Report Jan. 30 - May. 25 | Receiver 5th Qtrly Report May 26 - Jul. 29 | Receiver 6th Qtrly Report Jul. 30 - Nov. 18 | Receiver 7th Qtrly Report Nov. 19 - Feb. 8 | Receiver 8th Qtrly Report Feb. 9 - May 20 | Case-to-Date |
|---|---|---|---|---|---|---|---|---|---|
| **Axos** | | | | | | | | | |
| Amian Care Services | $ 24,092 | $ 24,092 | $ 16,061 | $ 24,092 | $ 8,031 | $ 8,031 | $ 8,031 | $ 8,031 | $ 120,458 |
| Kapila/Broward Collision | $ - | $ - | $ 14,086 | $ - | $ - | $ - | $ - | $ - | $ 14,086 |
| Hearts and Hands of Care Inc. | $ - | $ 20,489 | $ 21,663 | $ 121,523 | $ - | $ 22,211 | $ - | $ 67,017 | $ 252,903 |
| Lerner | $ - | $ 16,364 | $ - | $ - | $ - | $ - | $ - | $ - | $ 16,364 |
| Peak (Welch Settlement) | $ - | $ - | $ 9,703 | $ 11,204 | $ 98,014 | $ - | $ - | $ - | $ 118,921 |
| Pacific Ventures Group | $ 20,000 | $ 20,000 | $ 10,000 | $ 40,000 | $ 20,000 | $ 10,000 | $ - | $ 20,000 | $ 140,000 |
| Ready Refresh | $ - | $ 13 | $ - | $ - | $ - | $ - | $ - | $ - | $ 13 |
| Cityworks (Bankruptcy) | $ - | $ - | $ - | $ 10,824 | $ - | $ - | $ - | $ - | $ 10,824 |
| PIE Development/P&D Electric Loan | $ - | $ - | $ - | $ - | $ 150,000 | $ - | $ - | $ - | $ 150,000 |
| Sofame | $ - | $ - | $ - | $ - | $ 38,554 | $ - | $ - | $ - | $ 38,554 |
| Middlefork | $ - | $ - | $ - | $ - | $ 7,591 | $ - | $ - | $ - | $ 7,591 |
| DryWorld | $ - | $ - | $ - | $ - | $ 25,000 | $ - | $ - | $ - | $ 25,000 |
| Apple Auto - Hallan Iff | $ - | $ - | $ - | $ - | $ 40,000 | $ - | $ - | $ - | $ 40,000 |
| Redfin | $ - | $ - | $ - | $ - | $ - | $ - | $ 90,000 | $ - | $ 90,000 |
| Sprockets | $ - | $ - | $ - | $ - | $ 50,000 | $ 30,000 | $ - | $ - | $ 80,000 |
| **Axos Total** | $ 44,092 | $ 80,958 | $ 71,513 | $ 207,643 | $ 437,190 | $ 70,242 | $ 98,031 | $ 95,047 | $ 1,104,715 |
| **BB&T** | | | | | | | | | |
| Comprehensive Care | $ 1,119 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,119 |
| EP World | $ 4,751 | $ 4,251 | $ 4,251 | $ 5,668 | $ 2,834 | $ - | $ - | $ - | $ 21,755 |
| Fortran Corp | $ 30,000 | $ 25,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ 55,000 |
| ITS Solar | $ 41 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 41 |
| Luc Group | $ 4,556 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,556 |
| Nassau Holdings | $ 6,108 | $ 6,500 | $ 6,500 | $ 8,000 | $ 5,000 | $ - | $ - | $ - | $ 32,108 |
| Redfin | $ 48 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 48 |
| Peak (Welch Settlement) | $ 4,425 | $ 1,475 | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,900 |
| Sprockets | $ 9,000 | $ 6,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ 15,000 |
| State Security | $ 3,000 | $ 3,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ 6,000 |
| Transmarine Acq | $ 30,000 | $ 30,000 | $ 30,000 | $ 40,000 | $ 20,000 | $ 40,000 | $ 20,000 | $ 20,000 | $ 230,000 |
| **BB&T Total** | $ 93,048 | $ 76,226 | $ 40,751 | $ 53,668 | $ 27,834 | $ 40,000 | $ 20,000 | $ 20,000 | $ 371,527 |
| **Total Portfolio Loan Receipts** | $ 137,139 | $ 157,184 | $ 112,264 | $ 261,311 | $ 465,024 | $ 110,242 | $ 118,031 | $ 115,047 | $ 1,476,241 |