UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CIV-21964-CMA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

TCA FUND MANAGEMENT GROUP CORP., *et al.*,

    Defendants.

_____/

### SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF FIRST INTERIM DISTRIBUTION PLAN

Jonathan E. Perlman, Esq., court-appointed Receiver (the "Receiver") of the Receivership Entities,[1] and the Securities and Exchange Commission ("SEC"), by and through undersigned counsel, hereby file this Second Unopposed Motion for Extension of Time to File Reply in Support of First Interim Distribution Plan (the "Motion") and states as follows:

1. On February 28, 2022, the Receiver filed his Motion for Approval of Distribution Plan and First Interim Distribution ("the Distribution Plan"). [ECF No. 208].

2. Thereafter, on March 2, 2022, the Receiver filed his Unopposed Motion to Approve Deadline for Responses and Objections to Receiver's Motion for Approval of Distribution Plan and First Interim Distribution, which this Court subsequently granted. [ECF No. 214, 215].

3. The order granting the Receiver's Unopposed Motion to Approve Deadline for Responses and Objections to Receiver's Motion for Approval of Distribution Plan and First

---

[1] All terms not specifically defined herein have the meaning ascribed to them in the SEC's Motion for Appointment of Receiver [ECF No. 3] and the Court's Appointment Order [ECF No. 5], and the Court's First Expansion Order [ECF No. 16].

Interim Distribution set forth certain deadlines, including an April 29, 2022 deadline by which interested parties must submit comments and responses to the Court and Receiver in connection with the proposed Distribution Plan. *See* [ECF No. 215].

4. The Receiver and SEC's reply to the comments and responses to the Distribution Plan is currently due on or before June 6, 2022.

5. The Receiver has been working diligently to prepare his Reply in Support of the Distribution Plan. Despite good faith and reasonable efforts, the Receiver requires additional time to prepare Reply in Support of the Distribution Plan and a Motion for Approval of Amended Distribution Plan and First Amended Interim Distribution.

6. By way of this Motion, the Receiver seeks three (3) additional days, through and including June 9, 2022 to file his Reply in Support of the Distribution Plan and a Motion for Approval of Amended Distribution Plan and First Amended Interim Distribution.

7. Counsel for the Receiver conferred with the SEC and counsel for Ms. Eleanor Fisher and Ms. Tammy Fu, both of EY Cayman Ltd., as joint official liquidators ("JOLs") over Receivership Entity Feeder Fund Ltd. regarding the extension of time sought by way of this Motion. Counsel for the JOLs advised that both the SEC and the JOLs consent to the requested extension.

8. This extension of time is made in good faith, will not unduly prejudice any of the parties, and is not sought for the purposes of delay.

9. Accordingly, for the good cause set forth above, the Receiver respectfully requests that this Court grant this Motion and grant the Receiver an extension of time through and including June 9, 2022 to file his Reply in Support of the Distribution Plan.

CASE NO. 20-CIV-21964-CMA

WHEREFORE, Receiver, Jonathan E. Perlman, and the Securities and Exchange Commission, by and through his undersigned counsel, respectfully requests this Court grant the Second Unopposed Motion for Extension of Time to File Reply in Support of First Interim Distribution Plan and extend the Receiver's deadline to file his Reply in Support of First Interim Distribution Plan through and including June 9, 2022, and grant such other relief this Court deems just and proper.

### S.D. Fla. L.R. 7.1(A)(3) CERTIFICATE OF CONFERENCE

Undersigned counsel hereby certifies that counsel for the Receiver, Patrick Kalbac, conferred with counsel for the JOLs, Mark Bloom, on June 6, 2022, via email, regarding the requested relief and is authorized to represent that the JOLs have no objection to the relief requested herein.

> GENOVESE JOBLOVE & BATTISTA, P.A.
> *Attorneys for Jonathan E. Perlman, Receiver*
> 100 Southeast 2nd Street, Suite 4400
> Miami, Florida  33131
> Telephone:  (305) 349-2300
> Facsimile:   (305) 349-2310
>
> By:   /s/ Patrick Kalbac
>     Greg M. Garno, Esq.
>     Florida Bar No. 87505
>     Patrick Kalbac, Esq.
>     Florida Bar No. 1011649
>     pkalbac@gjb-law.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served via CM/ECF Notification to all parties and notification of such filing to all CM/ECF participants in this case on the 6th day of June, 2022.

> /s/ Patrick Kalbac
> Patrick Kalbac, Esq.

## SERVICE LIST
*Securities and Exchange Commission v. TCA Fund Management Group Corp., et al.*
*Case No. 20-Civ-21964-CMA*

Jean-Pierre Bado, Esq
jbado@gjb-law.com
Paul Joseph Battista, Esq.
pbattista@gjb-law.com
Michael A Friedman, Esq.
mfriedman@gjb-law.com
Gregory M. Garno, Esq.
ggarno@gjb-law.com
John H. Genovese, Esq.
jgenovese@gjb-law.com
Brett M. Halsey, Esq.
bhalsey@gjb-law.com
Heather L. Harmon, Esq.
hharmon@gjb-law.com
Eric Jacobs, Esq.
ejacobs@gjb-law.com
Elizabeth G. McIntosh, Esq.
emcintosh@gjb-law.com
Jonathan Perlman, Esq.
jperlman@gjb-law.com
Thaddeus Kleckley, Esq.
tkleckley@gjb-law.com
Genovese Joblove & Battista, P.A.
100 Southeast 2nd Street, Suite 4400
Miami, Florida 33131
*Attorneys for Jonathan E. Perlman, Receiver*

Andrew O. Schiff, Esq.
schiffa@sec.gov
Stephanie N. Moot, Esq.
moots@sec.gov
801 Brickell Avenue, Suite 1950
Miami, Florida 33131

*Attorneys for Plaintiff Securities and Exchange Commission*
James J. Webb, Esq.
jwebb@mitrani.com
Mitrani, Rynor, Adamsky & Toland, P.A.
1200 Weston Road, PH
Weston, FL 33326
*Attorneys for Interested Parties Krystal Lazares-Scaretta, Robert A. Scaretta and American Gold Rush, LLC*

Andrew Fulton, IV, Esq.
andrew@kelleylawoffice.com

Brian S. Dervishi, Esq.
bdervishi@wdpalaw.com

Craig Vincent Rasile
crasile@mwe.com

Gerald Edward Greenberg, Esq.
ggreenberg@gsgpa.com

Gregg Alan Steinman
gsteinman@sflp.law

Mark David Bloom, Esq.
mark.bloom@bakermckenzie.com

Martha Rosa Mora, Esq.
mmora@arhmf.com

Michael David Heidt, Esq.
mheidt@aol.com