UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-21964-CMA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

TCA FUND MANAGEMENT GROUP CORP.,
*et al.*,

    Defendants.
_____/

## RECEIVER'S STATUS REPORT PURSUANT TO THIS COURT'S JUNE 14, 2022 ORDER [E.C.F. 267]

    Jonathan E. Perlman, Esq.
    Florida Bar No. 773328
    jperlman@gjb-law.com
    *Receiver for the Receivership Entities*

    -and-

    GENOVESE JOBLOVE & BATTISTA, P.A.
    100 Southeast 2nd Street, 44th Floor
    Miami, FL 33131
    Tel: (305) 349-2300
    Gregory M. Garno, Esq.
    Florida Bar No. 87505
    ggarno@gjb-law.com
    Jean-Pierre Bado, Esq.
    Florida Bar No. 123486
    jbado@gjb-law.com
    *Attorneys for Jonathan E. Perlman, Esq.,*
    *Receiver for the Receivership Entities*

Jonathan E. Perlman, as court-appointed Receiver (the "Receiver") over the Receivership Defendants TCA Fund Management Group Corp. ("FMGC") and TCA Global Credit Fund GP, Ltd. ("GP") (FMGC and GP are hereinafter referred to collectively as "Defendants") and Relief Defendants TCA Global Credit Fund, LP ("Feeder Fund LP"), TCA Global Credit Fund, Ltd. ("Feeder Fund Ltd.," and with Feeder Fund LP, "Feeder Funds"), TCA Global Credit Master Fund, LP (the "Master Fund") (Master Fund, together with Feeder Funds, are the "Funds"), and TCA Global Lending Corp. ("Global Lending") (Defendants, the Funds, and Global Lending are hereinafter referred to collectively as the "Receivership Entities"), by and through undersigned counsel and pursuant to this Court's order appointing the Receiver [ECF No. 5], respectfully submits this interim Status Report (the "Report") pursuant to this Court's Order dated June 14, 2022.

1.  On June 14, 2022, this Court entered an order setting a hearing on July 11, 2022. Among other things, the order declared that the Court would allow "Clearstream, Credit Suisse, and the Receiver to present evidence and call witnesses with respect to factual disputes, if any remain" at this hearing.

2.  The Court also ordered that "Clearstream and Credit Suisse shall submit notices by June 21, 2022 advising whether: (A) the Receiver's decision to make investors' subordinated status curable on a case-by-case basis has resolved their objections; and (B) if not, whether there is any factual dispute as to the sufficiency of the information the institutions have provided the Receiver."

3.  On June 20, 2022, counsel for the Receiver, Clearstream and Credit Suisse held a conference call to discuss the Court's order.

4.  During the conference call, the Receiver, Clearstream and Credit Suisse agreed as follows:

    a.  The Receiver agrees to modify the Rising Tide Plan to the extent that ultimate beneficial owners of investments in the TCA Receivership Entities whose

claims remain subordinated may petition the Court directly to seek unsubordinated status through and until December 31, 2022.

b. The Receiver, Clearstream and Credit Suisse agree that there is no ripe factual dispute amongst them at this time.

c. The Receiver, Clearstream and Credit Suisse continue to hold talks and reserve their rights to make legal arguments at the July 11, 2022 hearing but agree that they do not require an opportunity to present evidence at this time.

d. The Receiver, Clearstream and Credit Suisse will confer in good faith to clarify what additional information is required to cure the status of ultimate beneficial owners whose claims are currently subordinated or whose status has not yet been addressed.

5. Counsel for Clearstream and Credit Suisse have reviewed this Status Report prior to its filing and notified Receiver's counsel that they are in agreement hereto.

Respectfully submitted,
Jonathan E. Perlman, Esq.
Florida Bar No. 773328
jperlman@gjb-law.com
*Receiver for the Receivership Entities*

-and-

GENOVESE JOBLOVE & BATTISTA, P.A.
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300

By: s/Jean-Pierre Bado
Jean-Pierre Bado, FBN 123486
jbado@gjb-law.com
Gregory M. Garno, FBN 87505
ggarno@gjb-law.com
*Attorneys for Jonathan E. Perlman, Esq.,
Receiver for the Receivership Entities*

CASE NO. 20-CIV-21964-CMA

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on June 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                /s/ Jean-Pierre Bado
                  Attorney

# SERVICE LIST
*Securities and Exchange Commission v. TCA Fund Management Group Corp., et al.*
*Case No. 20-Civ-21964-CMA*

Jean-Pierre Bado, Esq
jbado@gjb-law.com
Paul Joseph Battista, Esq.
pbattista@gjb-law.com
Michael A Friedman, Esq.
mfriedman@gjb-law.com
Gregory M. Garno, Esq.
ggarno@gjb-law.com
John H. Genovese, Esq.
jgenovese@gjb-law.com
Brett M. Halsey, Esq.
bhalsey@gjb-law.com
Heather L. Harmon, Esq.
hharmon@gjb-law.com
Eric Jacobs, Esq.
ejacobs@gjb-law.com
Elizabeth G. McIntosh, Esq.
emcintosh@gjb-law.com
Jonathan Perlman, Esq.
jperlman@gjb-law.com
Genovese Joblove & Battista, P.A.
100 Southeast 2nd Street, Suite 4400
Miami, Florida 33131
*Attorneys for Jonathan E. Perlman, Receiver*

Andrew O. Schiff, Esq.
schiffa@sec.gov
Stephanie N. Moot, Esq.
moots@sec.gov
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
*Attorneys for Plaintiff Securities and Exchange Commission*
James J. Webb, Esq.
jwebb@mitrani.com

Mitrani, Rynor, Adamsky & Toland, P.A.
1200 Weston Road, PH
Weston, FL 33326
*Attorneys for Interested Parties Krystal Lazares-Scaretta, Robert A. Scaretta and American Gold Rush, LLC*

Andrew Fulton , IV, Esq.
andrew@kelleylawoffice.com

Brian S. Dervishi, Esq.
bdervishi@wdpalaw.com

Craig Vincent Rasile
crasile@mwe.com

Gerald Edward Greenberg, Esq.
ggreenberg@gsgpa.com

Gregg Alan Steinman
gsteinman@sflp.law

Mark David Bloom, Esq.
mark.bloom@bakermckenzie.com

Martha Rosa Mora, Esq.
mmora@arhmf.com

Michael David Heidt, Esq.
mheidt@aol.com

Joshua Dorchak, Esq.
joshua.dorchak@morganlewis.com

Javier Roldan Cora, Esq.
javier.roldancora@morganlewis.com

Jason M. Hall, Esq.
jhall@cahill.com