UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21964-CIV-ALTONAGA

**SECURITIES AND EXCHANGE COMMISSION**,

    Plaintiff,

v.

**TCA FUND MANAGEMENT GROUP CORP.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Foreign Representatives, Eleanor Fisher and Tammy Fu's Motion to Alter or Amend Order Dated August 4, 2022 to Extend Stay Pending Appeal [ECF No. 298], filed on September 1, 2022. The Foreign Representatives intend to appeal the August 4, 2022 Distribution Plan Order [ECF No. 284]. That Order is stayed until September 6, 2022. (*See id*. 34).

The Motion seeks an extension of the stay through October 13, 2022. (*See* Mot. ¶ 7). Federal Rule of Appellate Procedure 4 provides 60 days within which to file an appeal if one of the parties is a United States agency, such as the Securities and Exchange Commission. *See* Fed. R. App. P. 4(a)(1)(B)(ii). The Foreign Representatives seek an additional 10 days under Federal Rule of Appellate Procedure 8. (*See* Mot. ¶ 7). This Motion being unopposed, it is

**ORDERED AND ADJUDGED** that Foreign Representatives, Eleanor Fisher and Tammy Fu's Motion to Alter or Amend Order Dated August 4, 2022 to Extend Stay Pending Appeal **[ECF No. 298]** is **GRANTED**. The August 4, 2022 Order [ECF No. 284] is stayed until **October 13, 2022**.

CASE NO. 20-21964-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 2nd day of September, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record