UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-21964-CIV-ALTONAGA/Goodman

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                    NOTICE OF APPEAL

TCA FUND MANAGEMENT
GROUP, *et al.*,

    Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Eleanor Fisher and Tammy Fu, in their capacity as Foreign Representatives (the "Foreign Representatives") of Relief Defendant TCA Global Credit Fund., Ltd., as recognized by Order of this Court in the Chapter 15 case[1] of the Feeder Fund, Ltd., dated June 1, 2021, appeal to the United States Court of Appeals for the Eleventh Circuit the August 4, 2022 Order granting in part the Receiver's Motion for Approval of Distribution Plan and First Interim Distribution [ECF No. 284] ("the Order"), as amended by the September 2, 2022 Order [ECF No. 299] (the "Amended Order").  *See SEC v. Torchia*, 922 F.3d 1307, 1315-16 (11th Cir. 2019) (holding that the district court's order approving the receiver's distribution plan was appealable as a collateral order).  True and correct copies of the Order and Amended Order are attached hereto as Exhibits "A" and "B," respectively.

---

[1] By agreement with the Receiver the Chapter 15 Case was withdrawn to this Court from the U.S. Bankruptcy Court for this District, and docketed as Case No. 1:21-cv-21905-CMA. By further Order dated August 25, 2021, the Court closed the Chapter 15 Case for administrative purposes only and directed that all further filings be made in this Receivership Case.

Dated October 12, 2022.

                    Respectfully submitted,

                    BAKER & McKENZIE LLP
*Attorneys for the Foreign Representatives*
Sabadell Financial Center
1111 Brickell Ave., Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8900
Facsimile:  (305) 789-8953

By: */s/ Mark D. Bloom*
Mark D. Bloom (Fla. Bar No. 303836)
John R. Dodd (Fla. Bar No. 38091)
Email: mark.bloom@bakermckenzie.com
john.dodd@bakermckenzie.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court in the above-captioned matter using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

                    By: */s/Mark D. Bloom*