UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21964-CIV-ALTONAGA

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

v.

TCA FUND MANAGEMENT
GROUP CORP., *et al.*,

     Defendants.
_____/

## ORDER GRANTING RECEIVER'S TENTH INTERIM OMNIBUS APPLICATION FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES FOR JULY 1, 2022 THROUGH SEPTEMBER 30, 2022

**THIS CAUSE** is before the Court on the Tenth Interim Omnibus Application for Allowance and Payment of Professional Fees and Reimbursement of Expenses for July 1, 2022 through September 30, 2022 (the "Tenth Application") [ECF No. 320], filed on November 29, 2022 by Jonathan E. Perlman, Esq., as court-appointed Receiver (the "Receiver") over the Receivership Defendants TCA Fund Management Group Corp. ("TCA") and TCA Global Credit Fund GP, Ltd. ("GP"); and Relief Defendants TCA Global Credit Fund, LP ("Feeder Fund LP"), TCA Global Credit Fund, Ltd., TCA Global Lending Corp. ("Global Lending"), and TCA Global Credit Master Fund, LP ("Master Fund").

The Court has considered the Tenth Application and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Tenth Application **[ECF No. 320]** is **APPROVED**.

CASE NO. 20-21964-CIV-ALTONAGA

The Receiver and Genovese Joblove & Battista, P.A.'s fees of $368,163.50 and expenses of $9,944.96 are **APPROVED**. The Receiver is authorized to pay Genovese Joblove & Battista, P.A. the sum of $304,475.76, representing 80% of the approved fees ($368,163.50) and 100% of expenses ($9,944.96) earned during the Tenth Application period of July 1, 2022 through September 30, 2022, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

Collas Crill's fees of $20,475.00 are **APPROVED**. The Receiver is authorized to pay Collas Crill $16,380.00, representing 80% of the approved fees ($20,475.00) earned during the Tenth Application period of July 1, 2022 through September 30, 2022, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

Yip Associates' fees of $45,253.50 are **APPROVED**. The Receiver is authorized to pay Yip Associates $36,202.80, representing 80% of the approved fees ($45,253.50) earned during the Tenth Application period of July 1, 2022 through September 30, 2022, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

Development Specialist Inc.'s fees of $40,043.20 and expenses of $4,277.60 are **APPROVED**. The Receiver is authorized to pay Development Specialists, Inc. the sum of $36,312.16, representing 80% of the approved fees ($40,043.20) and 100% of expenses ($4,277.60) earned during the Tenth Application period of July 1, 2022 through September 30, 2022, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

Rehmann's fees of $24,174.25 are **APPROVED**. The Receiver is authorized to pay Rehmann $19,339.40, representing 80% of the approved fees ($24,174.25) earned during the Tenth Application period of July 1, 2022 through September 30, 2022, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

E-Hounds, Inc.'s fees of $2,985.00 are **APPROVED**. The Receiver is authorized to pay E-Hounds, Inc. $2,388.00, representing 80% of the approved fees ($2,985.00), earned during the Tenth Application period of July 1, 2022 through September 30, 2022, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

Burnet, Duckworth & Palmer LLP's fees of $165.00 are **APPROVED**. The Receiver is authorized to pay Burnet, Duckworth & Palmer LLP $132.00, representing 80% of the approved fees ($165.00), earned during the Tenth Application period of July 1, 2022 through September 30, 2022, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

Bell Gully's fees of $818.11 are **APPROVED**. The Receiver is authorized to pay Bell Gully $674.94, representing 80% of the approved fees ($818.11) and 100% of expenses ($20.45) earned during the Tenth Application period of July 1, 2022 through September 30, 2022, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

Baker Donelson's fees of $1,856.80 are **APPROVED**. The Receiver is authorized to pay Baker Donelson $1,485.44, representing 80% of the approved fees ($1,856.80) earned during the Tenth Application period of July 1, 2022 through September 30, 2022, with the remaining 20% of

CASE NO. 20-21964-CIV-ALTONAGA

the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

**DONE AND ORDERED** in Miami, Florida, this 30th day of November, 2022.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record