**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-21964-CIV-ALTONAGA**

**SECURITIES & EXCHANGE**
**COMMISSION**,

      Plaintiff,

v.

**TCA FUND MANAGEMENT**
**GROUP CORP.**, *et al.*,

      Defendants.

_____/

**ORDER**

      **THIS CAUSE** came before the Court on the Receiver, Jonathan E. Perlman's Fourteenth

Interim Omnibus Application for Allowance and Payment of Professional Fees and

Reimbursement of Expenses for July 1, 2023 through September 30, 2023 [ECF No. 419], filed

on December 20, 2023. The Court has considered the Motion and being otherwise fully advised,

it is

      **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Fourteenth

Application is **APPROVED** as follows:

      The Receiver and Venable LLP's fees of $162,042.00 and expenses of $29,001.01 are

**APPROVED**. The Receiver is authorized to pay Venable LLP the sum of $158,634.61,

representing 80% of the approved fees ($162,042.00) and 100% of expenses $29,001.01) earned

during the Fourteenth Application period of July 1, 2023 through September 30, 2023, with the

remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the

final fee application submitted at the close of the receivership.

CASE NO. 20-21964-CIV-ALTONAGA

Collas Crill's fees of $14,962.50 are **APPROVED**.  The Receiver is authorized to pay Collas Crill $11,970.00, representing 80% of the approved fees ($14,962.50) earned during the Fourteenth Application period of July 1, 2023 through September 30, 2023, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

Yip Associates' fees of $11,063.50 are **APPROVED**.  The Receiver is authorized to pay Yip Associates $8,850.80, representing 80% of the approved fees ($11,063.50) earned during the Fourteenth Application period of July 1, 2023 through September 30, 2023, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

The Development Specialist Inc.'s fees of $28,291.60 and expenses of $16.60 are **APPROVED**.  The Receiver is authorized to pay Development Specialists, Inc. the sum of $22,649.88, representing 80% of the approved fees ($28,291.60) and 100% of expenses ($16.60) earned during the Fourteenth Application period of July 1, 2023 through September 30, 2023, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

Rehmann's fees of $39,118.50 are **APPROVED**.  The Receiver is authorized to pay Rehmann $31,294.80, representing 80% of the approved fees ($39,118.50) earned during the Fourteenth Application period of July 1, 2023 through September 30, 2023, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

E-Hounds, Inc.'s fees of $3,135.00 are **APPROVED**.  The Receiver is authorized to pay E-Hounds, Inc. $2,508.00, representing 80% of the approved fees ($3,135.00), earned during the

Fourteenth Application period of July 1, 2023 through September 30, 2023, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

Bell Gully's fees of $61,605.92 and expenses of $1,540.15 are **APPROVED**. The Receiver is authorized to pay Bell Gully $50,824.89, representing 80% of the approved fees ($61,605.92) and 100% of expenses ($1,540.15) earned during the Fourteenth Application period of July 1, 2023 through September 30, 2023, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

Baker Donelson's fees of $900.00 are **APPROVED**. The Receiver is authorized to pay Baker Donelson $720.00, representing 80% of the approved fees ($900.00) earned during the Fourteenth Application period of July 1, 2023 through September 30, 2023, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

Borden Ladner Gervais LLP's fees of $12,241.83 and expenses of $140.57 are **APPROVED**. The Receiver is authorized to pay Borden Ladner Gervais LLP the sum of $12,382.40, representing 100% of the approved fees ($12,241.83) and 100% of expenses ($140.57) earned during the Fourteenth Application period of July 1, 2023 through September 30, 2023.

Burnet, Duckworth & Palmer LLP's fees of $990.00 are **APPROVED**. The Receiver is authorized to pay Burnet, Duckworth & Palmer LLP $792.00, representing 80% of the approved fees ($990.00) earned during the Fourteenth Application period of July 1, 2023 through September 30, 2023, with the remaining 20% of the approved fees to be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.

3

CASE NO. 20-21964-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 22nd day of December, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

4