# Exhibit "A"

**TCA Activity - Receiver Accounts at Axos Bank**
**Sources and Uses of Funds**

| | Receiver 1st - 10th Qtrly Report May 11, 2020 - Nov. 28, 2022 | Receiver 11th Qtrly Report Nov. 29, 2022 - Feb. 13, 2023 | Receiver 12th Qtrly Report Feb. 14, 2023 - Jun. 29, 2023 | Receiver 13th Qtrly Report Jun. 30, 2023 - Oct. 23, 2023 | Receiver 14th Qtrly Report Oct. 24, 2023 - Dec. 18, 2023 | Receiver 15th Qtrly Report Dec. 19, 2023 - Mar. 6, 2024 | Receiver 16th Qtrly Report Mar. 7, 2024 - Jun. 11, 2024 | Receiver 17th Qtrly Report Jun. 12, 2024 - Sep. 4, 2024 | Receiver 18th Qtrly Report Sep. 5, 2024 - Nov. 18, 2024 | Case-to-Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **TCA Account Beginning Balance** | $ - | $ 68,509,464 | $ 68,713,563 | $ 73,660,050 | $ 74,726,562 | $ 75,022,766 | $ 75,930,681 | $ 76,781,614 | $ 82,630,573 | $ - |
| TCA Fund Management Group Corp - x5045 | $ - | 522,639 | 523,573 | 527,980 | 536,130 | 540,638 | 547,433 | 554,389 | $ - | $ - |
| TCA Global Credit Fund GP, Ltd. - x5037 | $ - | - | - | - | - | - | - | - | $ - | $ - |
| TCA Global Credit Master Fund, LP - x5003 | $ - | 57,688,463 | 57,873,131 | 62,729,523 | 63,627,235 | 63,830,118 | 64,597,358 | 65,304,273 | $ - | $ - |
| TCA Global Credit Fund, LP - x5011 | $ - | 617 | 618 | 625 | 634 | 640 | 648 | 656 | $ - | $ - |
| TCA Global Credit Fund, Ltd. - x5029 | $ - | 4,287,795 | 4,295,496 | 4,331,566 | 4,398,442 | 4,435,423 | 4,491,170 | 4,548,242 | $ - | $ - |
| TCA Global Credit Master Fund, 11 -x5060 | $ - | 6,009,950 | 6,020,745 | 6,070,356 | 6,164,120 | 6,215,947 | 6,294,072 | 6,374,055 | $ - | $ - |
| TCA Global Credit Qualified Settlement Fund - x5078 | $ - | - | - | - | - | - | - | - | 76,185,259 | $ - |
| TCA Global Credit Qualified Settlement Fund II -x5086 | $ - | - | - | - | - | - | - | - | 6,445,314 | $ - |
| **Sources of Funds:** [1] | | | | | | | | | | |
| Transfer From Butterfield Bank | 13,209,223 | - | - | - | - | - | - | - | - | 13,209,223 |
| Transfer from BB&T Bank | 153,306 | - | 656,049 | - | - | - | - | - | - | 809,355 |
| Transfer from Ocean Bank | 143,690 | - | - | - | - | - | - | - | - | 143,690 |
| Transfer from Morgan Stanley | 519,782 | - | - | - | - | - | - | - | - | 519,782 |
| Business Income | 1,255,850 | 44,993 | 125,080 | 80,000 | 40,000 | 140,000 | 160,000 | 100,000 | - | 1,945,922 |
| Interest Income | 297,242 | 122,939 | 569,770 | 1,130,467 | 626,427 | 942,356 | 963,507 | 901,875 | 658,718 | 6,213,301 |
| Business Asset Liquidation | 55,075,045 | - | 3,993,513 | - | - | - | - | - | - | 59,068,558 |
| Settlement Proceeds | 5,696,043 | 502,177 | 2,589 | 222,500 | - | 175,000 | 146,794 | 5,174,000 | 1,745,226 | 13,664,330 |
| Miscellaneous - Other | 77,350 | - | 13,913 | - | 10,000 | 354 | - | 1,345 | - | 102,962 |
| Account Transfers | - | - | - | - | - | - | - | - | - | - |
| **Total Sources** | $ 76,427,532 | $ 670,109 | $ 5,360,915 | $ 1,432,967 | $ 676,427 | $ 1,257,710 | $ 1,270,302 | $ 6,177,221 | $ 2,403,944 | $ 95,677,126 |
| **Uses of Funds:** [1] | | | | | | | | | | |
| Business Asset and Operating Expenses | | | | | | | | | | |
| Independent Contractor | 142,706 | - | - | - | - | - | - | - | - | 142,706 |
| IT Expense | 65,777 | 16,388 | 23,332 | 15,611 | 5,914 | 12,768 | 12,802 | 12,799 | 10,292 | 175,682 |
| Storage | 33,837 | 3,119 | 3,119 | 5,251 | 2,133 | 2,133 | 3,199 | 3,199 | 3,199 | 59,187 |
| Other | 110,830 | 598 | 1,267 | 1,208 | 529 | 24,562 | 1,041 | 721 | 1,075 | 141,832 |
| Insurance Premium | 22,683 | - | - | - | - | - | - | - | - | 22,683 |
| HR Expense | - | - | - | - | - | - | - | - | - | - |
| Payroll | 124,599 | - | - | - | - | - | - | - | - | 124,599 |
| Taxes / Fees | 450,729 | - | - | 1,522 | - | 487 | - | 35 | (10) | 452,763 |
| Service Provider | 36,750 | - | - | - | - | - | - | - | - | 36,750 |
| Safe Harbor Payment | 9,535 | - | - | - | - | - | - | - | - | 9,535 |
| Account Transfers | - | - | - | - | - | - | - | (0) | - | (0) |
| Receiver or Other Professional Fees | - | - | - | - | - | - | - | - | - | - |
| Professional Fees | 6,920,621 | 445,906 | 386,710 | 342,863 | 371,648 | 309,845 | 402,326 | 311,508 | 153,793 | 9,645,219 |
| **Total Uses** | $ 7,918,069 | $ 466,010 | $ 414,427 | $ 366,455 | $ 380,223 | $ 349,795 | $ 419,368 | $ 328,262 | $ 168,349 | $ 10,810,958 |
| **Cash Balance** | | $ 68,509,464 | $ 68,713,563 | $ 73,660,050 | $ 74,726,562 | $ 75,022,766 | $ 75,930,681 | $ 76,781,614 | $ 82,630,573 | $ 84,866,168 | $ 84,866,168 |
| **Balance by Account** | | | | | | | | | | |
| TCA Fund Management Group Corp - x5045 | | 522,639 | 523,573 | 527,980.09 | 536,130.08 | 540,637.67 | 547,432.55 | 554,388.88 | - | - | - |
| TCA Global Credit Fund GP, Ltd. - x5037 | | - | - | - | - | - | - | - | - | - | - |
| TCA Global Credit Master Fund, LP - x5003 | | 57,688,463 | 57,873,131 | 62,729,522.90 | 63,627,234.65 | 63,830,118.42 | 64,597,358.44 | 65,304,272.97 | - | - | - |
| TCA Global Credit Fund, LP - x5011 | | 617 | 618 | 624.88 | 634.43 | 639.74 | 647.75 | 655.97 | - | - | - |
| TCA Global Credit Fund, Ltd. - x5029 | | 4,287,795 | 4,295,496 | 4,331,566.27 | 4,398,442.37 | 4,435,423.27 | 4,491,170.17 | 4,548,242.15 | - | - | - |
| TCA Global Credit Master Fund, 11 -x5060 | | 6,009,950 | 6,020,745 | 6,070,356.13 | 6,164,120.49 | 6,215,946.64 | 6,294,072.04 | 6,374,054.50 | - | - | - |
| TCA Global Credit Qualified Settlement Fund - x5078 | | - | - | - | - | - | - | - | 76,185,258.98 | 78,369,925.97 | 78,369,925.97 |
| TCA Global Credit Qualified Settlement Fund II -x5086 | | - | - | - | - | - | - | - | 6,445,314.39 | 6,496,242.01 | 6,496,242.01 |
| **Sum of Account Balances** | | $ 68,509,464 | $ 68,713,563 | $ 73,660,050 | $ 74,726,562 | $ 75,022,766 | $ 75,930,681 | $ 76,781,614 | $ 82,630,573 | $ 84,866,168 | $ 84,866,168 |

**TCA Portfolio Loan Receipts**
**Summary by Period**

| Portfolio Name | Receiver 1st - 10th Qtrly Report<br>May 11, 2020 - Nov. 28, 2022 | Receiver 11th Qtrly Report<br>Nov. 29, 2022 - Feb. 13, 2023 | Receiver 12th Qtrly Report<br>Feb. 14, 2023 - Jun. 29, 2023 | Receiver 13th Qtrly Report<br>Jun. 30, 2023 - Oct. 23, 2023 | Receiver 14th Qtrly Report<br>Oct. 24, 2023 - Dec. 18, 2023 | Receiver 15th Qtrly Report<br>Dec. 19, 2023 - Mar. 6, 2024 | Receiver 16th Qtrly Report<br>Mar. 7, 2024 - Jun. 11, 2024 | Receiver 17th Qtrly Report<br>Jun. 12, 2024 - Sep. 4, 2024 | Receiver 18th Qtrly Report<br>Sep. 5, 2024 - Nov. 18, 2024 | Case-to-Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **Axos** | | | | | | | | | | |
| Amian Care Services | $ 226,672 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 226,672 |
| Kapila/Broward Collision | $ 14,086 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14,086 |
| Hearts and Hands of Care Inc. | $ 297,824 | $ 44,993 | $ 45,080 | $ - | $ - | $ 100,000 | $ 100,000 | $ 100,000 | $ - | $ 687,897 |
| Lerner | $ 16,364 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 16,364 |
| Peak (Welch Settlement) | $ 118,921 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 118,921 |
| Pacific Ventures Group | $ 140,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 140,000 |
| Ready Refresh | $ 13 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13 |
| Cityworks (Bankruptcy) | $ 10,824 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 10,824 |
| PIE Development/P&D Electric Loan | $ 150,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 150,000 |
| Sofame | $ 38,554 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 38,554 |
| Middlefork | $ 7,591 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 7,591 |
| DryWorld | $ 25,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 25,000 |
| Apple Auto - Hallan Iff | $ 40,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 40,000 |
| Redfin | $ 90,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 90,000 |
| Sprockets | $ 80,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 80,000 |
| Transmarine Acq | $ - | $ - | $ 80,000 | $ 80,000 | $ 40,000 | $ 40,000 | $ 60,000 | $ - | $ - | $ 300,000 |
| **Axos Total** | $ 1,255,850 | $ 44,993 | $ 125,080 | $ 80,000 | $ 40,000 | $ 140,000 | $ 160,000 | $ 100,000 | $ - | $ 1,945,922 |
| **BB&T** | | | | | | | | | | |
| Comprehensive Care | $ 1,119 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,119 |
| EP World | $ 21,755 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 21,755 |
| Fortran Corp | $ 55,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 55,000 |
| ITS Solar | $ 41 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 41 |
| Luc Group | $ 4,556 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,556 |
| Nassau Holdings | $ 32,108 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 32,108 |
| Redfin | $ 48 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 48 |
| Peak (Welch Settlement) | $ 5,900 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,900 |
| Sprockets | $ 15,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 15,000 |
| State Security | $ 6,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 6,000 |
| Transmarine Acq | $ 310,000 | $ 230,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 540,000 |
| **BB&T Total** | $ 451,527 | $ 230,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 681,527 |
| **Total Portfolio Loan Receipts** | $ 1,707,376 | $ 274,993 | $ 125,080 | $ 80,000 | $ 40,000 | $ 140,000 | $ 160,000 | $ 100,000 | $ - | $ 2,627,449 |