# Exhibit "C"

# Notice of Proposed Class Action Settlement

A United States federal court authorized this notice.

This notice is to tell you about the Settlement of lawsuits and claims involving the investment funds managed by TCA Management:

- *Todd Benjamin International, Ltd., et al. v. Grant Thornton Cayman Islands, et al.*: This proposed class action lawsuit was brought on behalf of investors who held a beneficial interest in TCA Global Credit Master Fund L.P. (which includes investors in TCA Global Credit Fund, L.P. and TCA Global Credit Fund, Ltd.) and lost money. This lawsuit claimed that Grant Thornton Cayman Islands and Grant Thornton Ireland (together "Grant Thornton") acted unlawfully in their role as auditor of the TCA Funds. Grant Thornton denies doing anything wrong.
- *Perlman v. Grant Thornton Cayman Islands, et al.*: This lawsuit was brought by Jonathan Perlman, in his capacity as court-appointed Receiver over TCA Fund Management Group Corp. and TCA Global Credit Fund GP, Ltd., and TCA Global Credit Fund, LP, TCA Global Credit Fund, Ltd., TCA Global Credit Master Fund, and TCA Global Lending Corp. This lawsuit also claimed that Grant Thornton acted unlawfully in their role as auditor of the TCA Funds. Grant Thornton denies these claims as well.
- The plaintiffs in both of the above suits also made demands against the Former Officers and Directors of TCA Management. They claimed that the Former Officers and Directors knowingly inflated the TCA Funds' net asset value and misled investors. The Former Officers and Directors deny doing anything wrong.

**You may be a member of the group of people affected**, called the "Settlement Class", and **you may be entitled to money as part of the $ 26,499,125 settlement.** If you are a Settlement Class member, this notice tells you how to get more information about the Settlement.

| YOUR OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| **DO NOTHING** | Receive payment if eligible. |
| **EXCLUDE YOURSELF** | Submit an opt out request. Get no payment, keep the right to sue Grant Thornton or the Former Officers and Directors about the same issues. |
| **OBJECT** | Write to the Court about why you don't like the Settlement. |

**To exclude yourself:** If you wish to forego these benefits and not participate in the Settlement, you may exclude yourself. Opt-out requests must be postmarked by [DATE]. Please visit [www.TCAFundReceivership.com](www.TCAFundReceivership.com) for more information.

**To object:** If you wish to object to the proposed Settlement, you may do so by filing a written objection with the Court by [DATE]. Please visit [www.TCAFundReceivership.com](www.TCAFundReceivership.com) for more information.

For more information, call the Receiver's toll free number 1-833-984-1101 or visit www.TCAFundReceivership.com.